PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

IN THE UNITED STATES DISTRICT COURT
FOR THE __Southern__ DISTRICT OF TEXAS
__Houston__ DIVISION

United States Courts
Southern District of Texas
FILED
OCT 17 2018
David J. Bradley, Clerk of Court

__Brisby Ray Brown II spn.# 01528797__
Plaintiff's Name and ID Number

__701 North San Jacinto Houston, TX 77002__
Place of Confinement

CASE NO._____
(Clerk will assign the number)

v.

__City of Houston Police__
Defendant's Name and Address

__Harris County Jail__
Defendant's Name and Address

_____
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

Your complaint is subject to dismissal unless it conforms to these instructions and this form.

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "...if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES ✓ NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
       1. Approximate date of filing lawsuit: __N/A__
       2. Parties to previous lawsuit:
          Plaintiff(s) __NONE__
          Defendant(s) __NONE__
       3. Court: (If federal, name the district; if state, name the county.) __N/A__
       4. Cause number: __N/A__
       5. Name of judge to whom case was assigned: __NONE__
       6. Disposition: (Was the case dismissed, appealed, still pending?) __N/A__
       7. Approximate date of disposition: __NONE__

II. PLACE OF PRESENT CONFINEMENT: __Harris County Jail__

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? ___YES  √ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Beisby Ray Brown II  spn:#01528797
701 North San Jacinto
Houston, Texas 77002

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: City of Houston Police

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Arrested me as a suspect on suspicion of a Misdemeanor unlawfully without legal justification to detain me.

Defendant #2: Harris County Jail

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Held me in custody without probable cause and informing me by a magistrate that any charges was dropped or upgraded.

Defendant #3: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

V. STATEMENT OF CLAIM:

3

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

On or about August 20, 2017, around 1:30 p.m. or 2:00 p.m. there was a 911 call that dispatched Houston Police officials to investigate a Misdemeanor at the address of 13030 Northborough Dr. Apartment #902, Houston, Texas 77067. I was arrested as a suspect on suspicion of Indecent Exposure by Houston Police officials, detained me in custody in the City of Houston Jail with charges that evening.

On or about August 21, 2017 or so, for purposes of completing the investigation and charged me with "Indecency with a Child-By Exposure" while awaiting to be transferred to the Harris County Jail facility to be brought in front of a magistrate based upon my initial detention, charged and arrest on the day of questioning. I was never taken to a magistrate under 15.17 Texas Vernon's Ann. C.C.P. art 14.06 to determine whether any charges against me were dropped/dismissed or upgraded.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I am requesting the Court to dismiss Cause No. #1562538 and expunge it off of record and compensate me of 1.5 million for injury to my reputation, Mental distress and injury to my feelings incarceration, and Existence of aggravating circumstances, where punitive damages are sought.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.
Harris Peterson - Brisby Brown - Brisby Ray Brown - Brisby Ray Brown II

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.
T.D.C.J. #937406 thats all I remember to the best of my knowledge.

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?     ____YES  ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed sanctions (if federal, give the district and division): N/A
   2. Case number: NONE
   3. Approximate date sanctions were imposed: NONE
   4. Have the sanctions been lifted or otherwise satisfied?     ____YES  ✓ NO

4

C. Has any court ever warned or notified you that sanctions could be imposed?    ____YES  ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): __N/A__
   2. Case number: __NONE__
   3. Approximate date warning was issued: __NONE__

Executed on: __10-13-18__
            DATE

__Brisby Ray Brown II__
__Brisby Ray Brown II__
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __13th__ day of __October__, 20 __18__.
         (Day)              (month)            (year)

__Brisby Ray Brown II__
__Brisby Ray Brown II__
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

# Affidavit

Before me, the undersigned authority personally appeared **Brisby Ray Brown II** (your name), who duly sworn, deposed as follows: My name is **Brisby Ray Brown II**, I am over 18 years of age, competent to make this affidavit and personally acquainted with the facts herein stated: **(in the following space write the facts/your statement)**

Supporting Affidavit

On August 20th, 2017, I was sent to the City Jail after being investigated by H.P.D. Officials for allegedly committing a Class "B" Misdemeanor, "Indecent Exposure". On or about August 21st, 2017, the next following day while awaiting to be transferred to the Harris County Jail due to the Class "B" Misdemeanor "Indecent Exposure" charge, I was called out of a cell in the City Jail hold over by a Detective who summoned me to a four cornered cell to be interviewed and/or investigated, I was informed that I was no longer charged with committing a Class "B" Misdemeanor "Indecent Exposure" by the complainant; that now the complainant accusing you of committing a crime of "Indecency with a Child-by Exposure"; A third degree felony. I was never taken to a magistrate under 15.17 Vernon's Ann. Texas C.C.P. Art. 14.06 to determine whether any charges was dismissed or upgraded. The interview was eventually terminated due to lack of information concerning a fabricated accusation that was formally investigated by H.P.D. officials on the day of questioning. I was then transferred to the Harris County Jail being booked and charged with a crime of committing Indecency with a Child-By Exposure that was upgraded from a Class "B" Misdemeanor within seventy-two "72" hours, without reading the full offense report in the Probable Cause Court hearing, there was enough evidence or information to hold me in custody without a bond and being labeled as an habitual criminal.

The facts stated here are voluntary.

**Brisby Ray Brown II**
Affiant (Your Signature)

Sworn and Subscribed before me on the **1** day of **Aug**, 20**18**

_____
Notary Public In and for
The State of Texas



K. ALLISON
Notary Public, State of Texas
Notary ID # 12965769-1
Comm. Expires 12-20-2021

LL062-(01/06)



U.S. POSTAGE >> PITNEY BOWES

$ 000.68⁰
ZIP 77002
0000334684 OCT. 15. 2018

Att:
Mr. David J.
Clerk of the U.S. District Court
Southern District of Texas
Post Office Box 61010
Houston, Texas 77208

HARRIS COUNTY SHERIFF'S OFFICE JAIL
Name: Brisby Ray Brown II
SPN: 01528797   Cell: 4 B 3
Street 701 N. San Jacinto
HOUSTON, TEXAS 77002

aramark

United States District Court
Southern District of Texas
FILED
OCT 17 2018
David J. Bradley, Clerk of Court

INDIGENT

7208:1010 B001